| RETURN | | 3-11-MJ-41 |
|---|---|---|
| DATE WARRANT RECEIVED  2/15/2011 | DATE AND TIME WARRANT EXECUTED  2/16/2011 1505 hrs | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH  6MLC AT&T Mobility Compliance |

**DATE AND TIME ACQUISITION OF LOCATION DATA FIRST INITIATED AND PERIOD DURING WHICH IT WAS ACQUIRED:**

Acquisition of location data was negative. AT&T was unable to obtain position information as a result of the mobile being powered off, out of service area or in an area where location information is not available.



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 15 2011
CLERK, U.S. DISTRICT COURT
By _____ Deputy

### CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_____
Special Agent Paul Callen, ICE

Subscribed, sworn to, and returned before me this date.

_____   3-15-11
RENEE HARRIS TOLLIVER              DATE
U.S. Magistrate Judge

United States District Court

__NORTHERN__ DISTRICT OF __TEXAS__

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
FOR AN ORDER AND SEARCH
WARRANT FOR AUTHORIZATION TO
OBTAIN LOCATION DATA
CONCERNING AT&T CELLULAR
TELEPHONE ASSIGNED CALL NUMBER
203.219.4656, INTERNATIONAL MOBILE
SUBSCRIBER IDENTIFIER (IMSI)
310410386111553

SEARCH WARRANT

CASE NUMBER: 3-11-MJ-41

To: ICE Special Agent Paul Callen, and any Authorized Officer of the United States

Affidavit having been made before me by Paul Callen to obtain precise location data and other location-based information from the following cell phone:

cellular telephone 203.219.4656, IMSI 310410386111553

I am satisfied that the affidavit and any recorded testimony establish probable cause and grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED, pursuant to the attached Order, to acquire precise location data concerning the above described telephone for a period of 30 days starting within 10 calendar days of the date of this order, during any time of day; to return this warrant to the U.S. Magistrate Judge Renée Harris Tolliver within ten (10) calendar days after the execution of the warrant has ended; and pursuant to 18 U.S.C. § 3103a(b)(3) authorizing delayed notification until further Order of this Court..

2-15-11 at 4:00 p.m.
**Date and Time Issued**

RENÉE HARRIS TOLLIVER
United States Magistrate Judge
**Name and Title of Judicial Officer**

at Dallas, Texas
City and State

[signature]
Signature of Judicial Officer